UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>J. JANAM, et al.,<br><br>Defendants. | No. 2: 19-cv-0670 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference on November 14, 2019, before Magistrate Judge Claire. On August 22, 2019, plaintiff informed the court that he wished to appear in person at the settlement conference. (ECF No. 18.) On August 27, 2019, the court issued a writ of ad testificandum for plaintiff to personally appear at the settlement conference. (ECF No. 21.)

At the time the court issued the August 27, 2019 writ, plaintiff was housed at Salinas Valley State Prison ("SVSP"). California Department of Corrections and Rehabilitation ("CDCR") records indicate that plaintiff is now housed at California State Prison-Los Angeles ("CSP-LA"). Because CSP-LA is a significantly greater distance from this court than SVSP, plaintiff is ordered to inform the court whether he still wishes to appear in person for the settlement conference or if he would prefer to appear via video conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to change court records to reflect plaintiff's new address at California State Prison-Los Angeles, 44750 60th Street W., Lancaster, CA, 93536;

2. Within five days of receipt of this order, plaintiff shall return the attached notice to the court.

Dated: October 11, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Steve670.ord

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JANAM, et al.,<br><br>    Defendants. | No. 2: 19-cv-0670 MCE KJN P<br><br>NOTICE RE: SETTLEMENT CONFERENCE<br>(POST-SCREENING ADR PROJECT) |

1. As required by court order, plaintiff shall notify the court of the following election:

    Plaintiff indicates his preference by checking one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

    **OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference.

DATED:

                                                _____
                                                Plaintiff