UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JANAM, et al.,,<br><br>    Defendants. | No. 2: 19-cv-0670 MCE KJN P<br><br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference before Magistrate Judge Claire on November 14, 2019. On August 27, 2019, the court issued a writ of ad testificandum for plaintiff to personally appear at the settlement conference. (ECF No. 21.)

      On November 4, 2019, plaintiff filed a notice with the court stating that he wishes to appear at the settlement conference via video conference. (ECF No. 28.) Good cause appearing, the August 27, 2019 writ of ad testificandum is vacated. However, video-conferencing is not available at California State Prison-Los Angeles County ("LAC"), where plaintiff is now housed, on November 14, 2019. Therefore, in a separate order, the court will re-set the settlement conference on a date when video conferencing is available at LAC.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set before Magistrate Judge Claire for November 14, 2019 is vacated;
2. The writ of ad testificandum filed August 27, 2019, for plaintiff to personally appear at the November 14, 2019 settlement conference is vacated;
3. The Clerk of the Court is directed to fax this order to the LAC Litigation Coordinator, 1-661-729-6994.

Dated: November 5, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stev670.vac