1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER STEVENS,                    No.  2: 19-cv-0670 MCE KJN P

12              Plaintiff,

13         v.                                 ORDER

14   J. JANAM, et al.,

15              Defendants.

16

17        Pending before the court is defendants' motion to modify the scheduling order.  (ECF No.

18   40.)  Good cause appearing, IT IS HEREBY ORDERED that:

19        1.   Defendants' motion to modify the scheduling order (ECF No. 40) is granted;

20        2.  The discovery deadline is extended to August 25, 2020; any motions necessary to

21             compel discovery shall be filed by that date;

22        3.  The deadline to file dispositive motions is extended to November 10, 2020.

23   Dated:  April 22, 2020

24
                                        _____
25                                       KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE
26
     Stev670.mod
27

28

1