UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS, | No. 2: 19-cv-0670 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. JANAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2021, plaintiff filed a letter with the court, which the undersigned construes as a motion for a settlement conference.[1] (ECF No. 47.)

Plaintiff is informed that the court cannot set a settlement conference without consent from both parties.[2] Because both parties have not consented to a settlement conference, plaintiff's motion for a settlement conference is denied.

////

////

////

---

[1] In this motion, plaintiff states that he is willing to settle this action for $4,000 so long as this money is "exempt from restitution."

[2] On January 16, 2020 a settlement conference was held in this action. This action did not settle.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 47) is denied.

Dated: January 13, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stev670.den