UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JANAM, et al.,<br><br>    Defendants. | No. 2: 19-cv-0670 MCE KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel filed January 27, 2021, pursuant to the mailbox rule. (ECF No. 49.) For the reasons stated herein, plaintiff's motion to compel is denied.

In the motion to compel, plaintiff requests that he be provided with several documents from defendants' personnel files.

Plaintiff is informed that discovery is closed. The discovery deadline was August 25, 2020. (ECF No. 41.) On August 21, 2020, the court extended the discovery deadline to October 26, 2020, solely for the purpose of defendants taking plaintiff's deposition. (ECF No. 43.) On October 19, 2020, the court granted defendants until December 11, 2020, to take plaintiff's deposition. (ECF No. 45.)

////

1    The court extended the discovery deadline past August 25, 2020, solely for the purpose of
2 defendants taking plaintiff's deposition. Accordingly, plaintiff's motion to compel is untimely.
3    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 49)
4 is denied as untimely.
5 Dated:  February 5, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stev670.dis.kc