UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS, | No. 2: 19-cv-00670 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. JANAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2021, plaintiff filed a motion for summary judgment. (ECF No. 59.) Plaintiff's summary judgment motion is untimely because the dispositive motion deadline was February 26, 2021. (ECF No. 45.)

In addition, plaintiff's summary judgment motion does not identify the grounds on which summary judgment is sought, as required by Federal Rule of Civil Procedure 56. Instead, plaintiff's motion recites several sections of the United States Constitution.

For the reasons discussed above, IT IS HEREBY ORDERED that plaintiff's summary judgment motion (ECF No. 59) is denied.

Dated: April 13, 2021

Stev670.ord(3)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE