UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>            Plaintiff,<br><br>     v.<br><br>J. JANAM, et al.,<br><br>            Defendants. | No.  2: 19-cv-00670 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 24, 2021, this action was dismissed with prejudice pursuant to a stipulation for voluntary dismissal.  (ECF Nos. 62, 63.)

On July 19, 2021, plaintiff filed a document stating that he settled this action with defendants for $1000.  (ECF No. 64.)  Plaintiff requests that the undersigned contact the California Department of Corrections and Rehabilitation ("CDCR") so that plaintiff may receive the settlement money.  (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, defendants shall communicate with plaintiff regarding when they expect plaintiff to receive the settlement money; plaintiff shall notify the court if he does not receive this communication from defendants within that time.

2. The issues raised in plaintiff's July 19, 2021 pleading (ECF No. 64) are deemed resolved.

Dated: July 26, 2021

Steve670.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE