UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>J. JANAM, et al.,<br><br>　　　　　　Defendants. | No. 2: 19-cv-0670 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 28 U.S.C. § 1983. For the reasons stated herein, plaintiff's inquiries regarding the status of the payment of the settlement money are deemed resolved.

On June 24, 2021, this action was dismissed with prejudice pursuant to a stipulation for voluntary dismissal. (ECF Nos. 62, 63.)

On July 19, 2021, plaintiff filed a document stating that he had not received the settlement money. (ECF No. 64.) On July 26, 2021, the undersigned ordered defendants to communicate with plaintiff regarding when they expected plaintiff to receive the settlement money. (ECF No. 65.)

On July 28, 2021, defendants filed a response to the July 26, 2021 order stating that they communicated with plaintiff regarding the processing of the settlement agreement and settlement money. (ECF No. 66.) On August 16, 2021, plaintiff filed a notice stating that he still had not

1

received the settlement money.  (ECF No. 67.)  On August 19, 2021, the undersigned ordered defendants to file a response to plaintiff's August 16, 2021 notice stating that he did not receive the settlement money.  (ECF No. 68.)

On August 24, 2021, defendants filed a response to the August 19, 2021 order.  (ECF No. 69.)  In this response, defendants represent that it may take 180 days from the date plaintiff delivers the settlement documents to defendants for defendants to pay the settlement money.  (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's inquiries regarding the payment of the settlement money are deemed resolved;

2.  If plaintiff does not receive the settlement money within 180 days from the date plaintiff delivered the settlement documents to defendants, he shall notify the court.

Dated:  September 23, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stev670.cla

2