UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. JANAM, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-0670 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 24, 2021, this action was dismissed without prejudice pursuant to a stipulation for voluntary dismissal. (ECF Nos. 62, 63.)

　　　　On December 17, 2021, plaintiff filed a pleading stating that he did not receive the settlement money.

　　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants shall inform the court of the status of the settlement payment.

Dated: December 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
Stev670.set　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1