UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JANAM, et al.,<br><br>    Defendants. | No.  2: 19-cv-0670 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 22, 2021, the undersigned ordered defendants to inform the court of the status of the settlement payment within fourteen days of the date of the order.  (ECF No. 73.)  Fourteen days passed and defendants did not respond to the December 22, 2021 order.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall show cause why sanctions should not be imposed for their failure to respond to the December 22, 2021 order.

Dated:  January 10, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stev670.osc

1