UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS, | No. 2: 19-cv-0670 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. JANAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, the January 10, 2022 order to show cause is discharged.

On December 22, 2021, the undersigned ordered defendant to inform the court of the status of the settlement payment within fourteen days of the date of the order. (ECF No. 73.) Fourteen days passed and defendant did not respond to the December 22, 2021 order. Accordingly, on January 10, 2022, the undersigned ordered defendant to show cause within ten days why sanctions should not be imposed for their failure to respond to the December 22, 2021 order. (ECF No. 75.)

On January 7, 2022, defendant filed a response to the December 22, 2021 order. (ECF No. 74.) The undersigned was not aware of this pleading when he issued the January 10, 2022 order. Good cause appearing, the January 10, 2022 order to show cause is discharged.

1

In the January 7, 2022 pleading, defendant states that the CDCR Settlement Coordinator informed him that the settlement funds were applied to plaintiff's outstanding restitution balance on December 30, 2021.  (Id. at 2.)  Because the settlement funds have been paid, the issue of payment of settlement funds is deemed resolved.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 10, 2022 order to show cause is discharged;
2. The issue of payment of the settlement funds is deemed resolved.

Dated:  January 13, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stev670.ord(4)